**IT IS ORDERED as set forth below:**

**Date: August 11, 2026**

**James R. Sacca**
**U.S. Bankruptcy Court Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| **OAK GROVE STOR-ALL, LLC,** | **CASE NO. 26-20015-jrs** |
| **Debtor.** | |

**ORDER GRANTING JOINT MOTION FOR ORDER (I) AUTHORIZING COMPROMISE AND SETTLEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019, (II) ALLOWING CLAIMS AND ESTABLISHING A PROCESS FOR APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIMS, (III) DIRECTING THE DISBURSEMENT OF ESCROWED FUNDS, AND (IV) DIRECTING DISMISSAL OF BANKRUPTCY CASE UPON FILING OF NOTICE (DN 78)**

This matter is before the Court on the *Joint Motion for Order (I) Authorizing Compromise and Settlement Pursuant to Federal Rule of Bankruptcy Procedure 9019, (II) Allowing Claims and Establishing A Process for Application for Administrative Expense Claims, (III) Directing the Disbursement of Escrowed Funds, And (IV) Directing Dismissal of Bankruptcy Case Upon Filing*

*of Notice* (the "Motion")[1] (Doc. No. 78) filed by Oak Grove Stor-All, LLC ("Debtor"), Access to Capital for Entrepreneurs, Inc. ("ACE"), Teal Holdings LLC ("Teal"), and TREH 2, LLC ("TREH" and collectively with Teal, the "Teal Parties"). The Motion seeks approval of a Settlement Agreement which also includes as parties Blair Housley, Sharon Housley, and Boyd Housley (collectively the "Guarantors") and Etowah Meadery Corp. ("Etowah" and collectively with the Debtor and the Guarantors, the "Oak Grove Parties") (ACE, the Teal Parties, and the Oak Grove Parties, each a "Party" and collectively, the "Parties"). The docket reflects that a copy of the Motion was served upon all parties-in-interest reflected on Debtor's mailing matrix. Pursuant to Fifth Amended and Restated General Order No. 24-2018, (1) the Motion was served upon all parties-in-interest and notice of the opportunity to object and for hearing was provided pursuant to the procedures in Fifth Amended and Restated General Order No. 24-2018 and no objection to the Motion was filed prior to the objection deadline; (2) the Court has considered the Motion and all other matters of record, including the lack of objection thereto and the consent of the Parties being given; and (3) based on the forgoing, no further notice or hearing is required and the Court finds that good cause exists to grant the relief requested in the Motion. Accordingly, it is hereby

**ORDERED AS FOLLOWS**:

1. The Motion is **GRANTED**. The terms of the Settlement Agreement as detailed in the Motion are **APPROVED** and hereby incorporated as substantive provisions of this Order and as an Order of this Court, and are binding on all Parties thereto.

2. The Parties may take such action as necessary to accomplish the intent of the Settlement Agreement.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to the same in the Motion.

3. The Subchapter V Trustee is authorized and directed to disburse to the Teal Parties the Teal Parties Settlement Amount ($192,500.00) and to ACE the ACE Settlement Amount ($80,000.00) within five (5) business days of the Effective Date of the Settlement Agreement.

4. The holders of administrative expense claims are directed to file applications for the allowance of such claims ("Administrative Expense Applications") within 10 days of this Order becoming final.

5. The following claims are hereby deemed allowed solely as to the Debtor for purposes of administration in the Bankruptcy Case: (i) the IRS Priority Claim in the amount of $0.00[2], (ii) the IRS Unsecured Claim in the amount of $8,820.00, and (iii) the SBA Unsecured Claim in the amount of $212,762.22.

6. The Subchapter V Trustee is authorized and directed to disburse the Escrow Balances, as defined in the Motion, after orders on all timely filed Administrative Expense Applications have become final, first to allowed administrative expenses, and then to allowed priority claims, and then to the non-insider allowed unsecured claims pro-rata. The following chart sets forth the allowed priority and non-insider unsecured claims, which the Subchapter V Trustee may use and rely on for her calculation of pro-rate payments to unsecured claims after payment of administrative expenses.

| Holder | Priority or General Unsecured | Proof of Claim No. | Allowed claim |
|---|---|---|---|
| IRS | Priority | 1 (as amended) | $0.00 |
| IRS | Unsecured | 1 (as amended) | $8,820.00 |
| SBA | Unsecured | 8 | $212,762.22 |

[2] On August 4, 2026, after the filing of the Motion, the IRS filed an amended Proof of Claim No. 1 reducing the IRS Priority Claim to $0.00.

7. The Clerk is directed to dismiss this Bankruptcy Case upon the filing of a Dismissal Request Notice signed by the Subchapter V Trustee notifying the Court that (i) the Settlement Amounts have been paid in full, and (ii) the Escrow Balances have been disbursed first to allowed administrative expenses, and then to allowed priority claims, and then to the non-insider allowed unsecured claims pro-rata.

8. The Court shall retain jurisdiction over any matters relating to this Order.

9. Counsel for Debtor is directed to serve a copy of this Order upon the U.S. Trustee and all creditors and parties in interest within three days of entry of this Order and to file a certificate of such service within three days of mailing.

**[END OF ORDER]**

**Prepared & Consented to by:**
**JONES & WALDEN LLC**
*/s/ Leslie M. Pineyro*
Leslie M. Pineyro
Georgia Bar No. 969800
699 Piedmont Avenue, NE
Atlanta, GA 30308
(404) 564-9300
lpineyro@joneswalden.com
*Attorney for Debtor*

**Consented to by:**
**THOMAS E. AUSTIN, JR. LLC**
*/s/ Thomas E. Austin, Jr.*
Thomas E. Austin, Jr.
Georgia Bar No. 028835
2451 Cumberland Parkway, SE
Suite 3504
Atlanta, Georgia 30339
(404) 814-3755
taustin@taustinlaw.com
*Attorney for Access to Capital for Entrepreneurs, Inc.*

**Consented to by:**
**JAMES CARROLL LAW FIRM**
*/s/ James F. F. Carroll*
James F. F. Carroll
Georgia Bar No. 940350
980 Rowland St
Ste 5140 #1051
Clarkston, GA 30021
615-306-5666
jcarroll@jcarrollfirm.com
*Attorney for TREH and Teal*